IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDA GLOVER,

    Plaintiff,

v.

SITEL CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-597-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Sitel Corporation dismissing this case.

_____     _____
By: Lynn Koenle, Deputy Clerk
Peter Oppeneer, Clerk of Court                     6-14-10
                                                       Date